FILED
U.S. District Court
District of Kansas

DEC 1 3 2024

Clerk, U.S. District Court
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Karen Cahail

_____

_____

(Enter above the full name of the Plaintiff(s))

vs. Officer Zimmerman
Officer Ortiz

Wichita Police Department
Name
455 N. Main Street
Street and number
Wichita    Ks    67204
City        State      ZipCode

Case Number    6:24-cv-1227-JWB-BGS

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

**CIVIL COMPLAINT**

I.    Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the
second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A.    Name of plaintiff  Karen Cahail
       Address 2916 N Coolidge Ave
       Wichita, KS 67204

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B.    Defendant  Officer Ortiz  I don't know his lsr name  is

employed at  Wichita Police Department
as a police officer

C.    Additional Defendants  I don't know all of their names
Officer Zimmerman  I don't know her first name
Wichita Police Department as an officer

II.    Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A.  (If Applicable) Diversity of citizenship and amount:

1.    Plaintiff is a citizen of the State of  Kansas  .

2.    The first-named defendant above is either

a.  a citizen of the State of  Kansas  ; or

b.  a corporation incorporated under the laws of the State of

_____ and having its principal place of business

in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either

a.    a citizen of the State of _____; or

b.    a corporation incorporated under the laws of the State of

_____ and having its principal place of business in a

State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

2

November 15 2024

11:51 am  I called the police nonemergency number to report a felony mistreatment of a dependent adult that led to my son's death. After being on hold half an hour they hung up on me

12:27 Pm  I called the nonemergy number back and they told me to call 911.

between 12:27 and 12:50 Pm I called 911. I was told someone would come out.

12:50 Pm

The police called back and said they needed to talk to my mother.

12:52 Pm  I called my mother and we arranged to be there together the next day

1:00 Pm  I called the nonemergeny number to tell them we would do it together the next day

November 16 2024  I am told report was made the 18th from my paper him says 16th

Sometime in the morning I called 911 to tell them we were both here and ready to make the report.

Around 3 pm I called 911 and told them we had been waiting all day

3:14 Pm  an officer called and said he tried

November 15 1:03 PM officer Zimmerman called my mom, Susan Brown to ask her questions about me
to knock and call and nobody answered. We had no missed calls and were home waiting

I got a call back from officer Ortiz who said he would come out. He didn't want to take the report. I said I would call professional standards. He took the names and gave me a report number, but he refused to look at the evidence or take it with him.

Monday whatever date that was after the 16th I called 911 back to try to make sure a report was made and talked to a lutenant. I don't recall his name. He said it sounded like I was having a mental health problem and he couldn't help me.

I went to professional standards and dont recall his name either. He said he would call me back and didnt.

I called 911 back and we agreed I would take the evidence to the substation at Pawnee and Broadway. An officer who I dont remember his name took the evidence.

The DA never got the evidence and couldn't find the case the next week and wouldn't take the rest of the evidence or a report.

If the police are refusing to enforce the laws that are in place to protect us they are only black scratches on white paper that mean nothing.

They have a duty to investigate a felony that led to a young mans death.

Karen J Cahail
Karen J Cahail
2916 N. Coolidge Ave
Wichita, KS 67204
808-389-4482
Karencahailhome@gmail.com

Mead

B.    (If applicable)   Jurisdiction founded on grounds other than diversity
(Check any of the following which apply to this case).

☐ 1.    This case arises under the following section of the Constitution of
the United States or statute of the United States (28 U.S.C. §1331):
Constitution, Article_____, Section_____;
Statute, US Code, Title_____, Section_____.

☒ 2.    This case arises because of violation of the civil or equal rights,
privileges, or immunities accorded to citizens of, or persons within
the jurisdiction of, the United States (28 U.S.C. §1343).

☐ 3.    Other grounds (specify and state any statute which gives rise to such
grounds):

that we have no protection from mistreatment
of a dependent adult that resulted in death
because the Wichita Police department
weon't enforce it

III.    Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to
relief.   State what each defendant did that violated the right(s) of the plaintiff, including
dates and places of such conduct by the defendant(s).   Do not set forth legal arguments.
If you intend to allege more than one claim, number and set forth each claim in a separate
paragraph.   Attach an additional sheet, if necessary, to set forth a short and plain statement
of the claim[s].)

On 11-15-2024 I called the police non emergency # to report
the felony of mistreatment of a dependent adult that led to
my son's death They said they needed to talk to my mother.
11-16-2024 I called again with my mother Here to make the
report the officer Ortiz said there had to be a victim, I
Said there was my son this dead.

IV.    Relief:

(State briefly exactly what judgement or relief you want from the Court.   Do not make
legal arguments.)

3

I want the court to order that these crimes be fully investigated and $15,000 for mental anguish, intentional infliction of emotional distress and punitive damages

V.    Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes ☒    No ☐    I don't know for sure

VI.    Do you claim actual damages for the acts alleged in your complaint?
Yes ☒    No ☐

VII.    Do you claim punitive monetary damages?   Yes ☒    No ☐

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

I claimed $15,000 for intential infliction of emotional distress and mental anguish
I left the amount for punitive damages open for the court to decide, but since I reported a felony that led to my son's death and told them that I want to press charges I think the amount should be at least $10,000.

4

VIII.    Administrative Procedures:

A.    Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes ☒    No ☐

B.    If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

_U.S. department of ~~Givil rights~~ Justice civil rights division by online form that I submitted on I believe it was ~~the~~ 12-9-24 and I don't Know the result_

C.    If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

_____

_____

_____

IX.    Related Litigation:

Please mark the statement that pertains to this case:

☐    This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

☒    Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

_Karen J Cahail_
Signature of Plaintiff

_Karen J. Cahail_
Name (Print or Type)

_2916 N. Coolidge Ave_
Address
_Wichita, Ks 67204_

5

| | | |
|---|---|---|
| City | State | Zip Code |

808-389-4482

Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☒ Wichita,  ☐ Kansas City , or  ☐ Topeka} , Kansas as the
(Select One)

location for the trial in this matter.

_Karen J. Cahail_

Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { ☐ Yes or ☒ No  }
(Select One)

_Karen J. Cahail_

Signature of Plaintiff

Dated: 12-13-24

(Rev. 10/15)

6